

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: **Maurice Perkins**
(Please print)

STREET ADDRESS: **4836 So. Michigan ave**

CITY/STATE/ZIP: **Chicago, Ill. 60615**

PHONE NUMBER: **1-773-548-1238**

CASE NUMBER: **07CV841
JUDGE ANDERSEN
MAG. JUDGE SCHENKIER**

_Maurice Perkins_
Signature

_19 Feb. 2007_
Date

FILED
FEB 13 2007
02-13-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT