UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAURICE PERKINS, and all other voters it will effect,<br><br>Plaintiff,<br><br>v.<br><br>LANGDON NEAL, in his individual & official capacity as the City of Chicago Chairman of the Board of Election Commissioners,<br><br>Defendant. | Case No. 1:07-cv-841<br><br>Honorable Wayne R. Andersen<br><br>Magistrate Judge Schenkier |

## MOTION FOR EXTENSION OF TIME
## TO ANSWER OR OTHERWISE PLEAD

Langdon Neal, the Chairman of the City of Chicago Board of Election Commissioners, by his attorneys, Jeffrey D. Colman, Melissa S. Wills, and Jenner & Block LLP, respectfully moves this Court for the entry of an order extending to and including April 7, 2007, the time within which Mr. Neal may answer or otherwise plead to the complaint. In support of this Motion, Mr. Neal states:

1. The complaint in this matter was filed on February 13, 2007.

2. Mr. Neal acknowledges that the complaint was served sometime thereafter by delivery of a copy of the complaint at his office at the Chicago Board of Election Commissioners.

3. Mr. Neal retained Jeffery D. Colman and Melissa S. Wills, the undersigned counsel, on March 5, 2007 to represent him in this action.

1512589.03

4. Due to counsel's recent retention and the need to conduct a careful review of the issues raised in the complaint, Mr. Neal respectfully requests until April 7 within which to answer or otherwise plead. At present, Mr. Neal's counsel anticipates filing a motion to dismiss.

5. This is Mr. Neal's first request for an extension of time in this matter.

6. Melissa Wills, one of the attorneys for Mr. Neal, has attempted to speak with the plaintiff about this motion, but has been unable to reach him.

Respectfully submitted:

LANGDON NEAL.

By: _____
One of his Attorneys

Dated: March 7, 2007

Jeffrey D. Colman
Melissa S. Wills
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, Illinois 60611
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

1512589.03

# CERTIFICATE OF SERVICE

      Melissa S. Wills, an attorney, certifies that she caused copies of Defendant Langdon Neal's **Notice of Motion** and **Motion for Extension of Time to Answer or Otherwise Plead** to be served upon the following party via United States mail, properly addressed and postage prepaid on March 7, 2007.

Maurice Perkins
4836 S. Michigan Avenue
Chicago, IL 60653

*Melissa S. Wills*
Melissa S. Wills

1512590.01