Maurice Perkins
                Plaintiff,

v.                                              Case No.: 1:07−cv−00841
                                              Honorable Wayne R. Andersen

Langdon Neal
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 15, 2007:

      MINUTE entry before Judge Wayne R. Andersen :Defendant's motion for extension of time to answer [7] or otherwise plead is granted to 4/7/2007.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.