# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

Maurice Perkins
and all other Voters
it will effect

Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

Langdon Neal
in his individual capacity
as Chairman of The Chicago
Board of Elections

CASE NUMBER: 07C 0841

ASSIGNED JUDGE: Anderson

DESIGNATED
MAGISTRATE JUDGE: Schenkier

TO: (Name and address of Defendant)

Langdon Neal
121 No. LaSalle ST. OR 69 W. Washington
Chicago, ILL. 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Maurice Perkins
4836 So. Michigan ave.
Chicago, Illinois 60615

an answer to the complaint which is herewith served upon you within ____**20**____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

DAVID JOZWIAK

(By) DEPUTY CLERK

FEB 1 4 2007

DATE

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 14 feb. 2007 |

NAME OF SERVER *(PRINT)* Maurice Perkins    TITLE Plantiff

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 69 W. Washington

8th. FL. Chicago, ILL.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Atty: Karen Chin

☐ Returned unexecuted: _____

_____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   14 Feb. 2007        *Maurice Perkins*
                 Date                 Signature of Server

                      4836 So. Michigan aue
                      Address of Server

FILED
MAR 13 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.