UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAURICE PERKINS, and all other voters it will effect,  ) ) | |
| ) | Case No. 1:07-cv-841 |
| Plaintiff,  ) | |
| ) | Honorable Wayne R. Andersen |
| v.  ) | |
| ) | Magistrate Judge Valdez |
| LANGDON NEAL, in his individual & official capacity as the City of Chicago Chairman of the Board of Election Commissioners,  ) ) ) ) ) | |
| ) | |
| Defendant.  ) | |

## LANGDON NEAL'S MEMORANDUM REGARDING HIS COUNSEL'S APPEARANCE BEFORE THE COURT ON PLAINTIFF'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTION

Langdon Neal, by his counsel, respectfully files this memorandum regarding his counsel's appearance before the Court on Plaintiff's emergency motion for preliminary injunction. On Friday morning, April 13, 2007, counsel for Mr. Neal appeared before this Court to address Plaintiff's Emergency Motion for Preliminary Injunction. At this hearing, Plaintiff submitted additional documents to the Court and Mr. Neal's counsel purporting to show that Mr. Neal had contributed to candidates in the upcoming April 17, 2007 election.

In response, counsel for Mr. Neal stated to the Court that the documents Plaintiff submitted show that any contributions from Mr. Neal occurred in 1994 and 1995 and that Mr. Neal was appointed Chairman of the City of Chicago Board of Election Commissioners ("CCBEC") in January 2006. Counsel for Mr. Neal misspoke; Mr. Neal's current term as Chairman began in January 2006 but, Mr. Neal has been a member of the CCBEC since 1997. Mr. Neal's counsel has confirmed with Mr. Neal that Mr. Neal has not made a single personal

contribution to any candidate running for any office in this election cycle. Moreover, any purported contributions by Mr. Neal in the documents submitted by Plaintiff occurred at least two years before Mr. Neal was appointed to the CCBEC.

Respectfully submitted:

LANGDON NEAL

Dated: April 13, 2007                      By: s/Jeffrey Colman
                                                                     One of his Attorneys

Jeffrey D. Colman
Melissa S. Wills
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, Illinois 60611
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

**CERTIFICATE OF SERVICE**

       Melissa S. Wills, an attorney, certifies that she caused a copy of **Langdon Neal's Memorandum Regarding His Counsel's Appearance Before the Court on Plaintiff's Emergency Motion for Preliminary Injunction** to be served by U.S. Mail upon the following party on April 13, 2007.

       Maurice Perkins
       4836 S. Michigan Avenue
       Chicago, IL 60653

                                              s/ Melissa S. Wills
                                                    Melissa S. Wills