Maurice Perkins
                    Plaintiff,

v.                                    Case No.: 1:07−cv−00841
                                      Honorable Wayne R. Andersen

Langdon Neal
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 18, 2007:

  MINUTE entry before Judge Maria Valdez :Magistrate Judge Status hearing held on 4/18/2007 and continued to 5/31/2007 at 09:30 AM. Parties are directed to meet and confer to discuss the Rule 16(b) scheduling order and submit a joint schedule by no later than 4/25/07. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.