**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Maurice Perkins
                    Plaintiff,

v.                                          Case No.: 1:07−cv−00841
                                              Honorable Wayne R. Andersen

Langdon Neal
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 3, 2007:

      MINUTE entry before Judge Wayne R. Andersen :Plaintiff's motion for recusal [28] is taken under advisement; Status hearing held on 5/3/2007; Set/reset hearingsStatus hearing set for 5/17/2007 at 09:00 AM.Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.