Maurice Perkins
        Plaintiff,

v.                                        Case No.: 1:07−cv−00841
                                               Honorable Wayne R. Andersen

Langdon Neal
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 17, 2007:

      MINUTE entry before Judge Wayne R. Andersen :Set/reset hearings, Status hearing held on 5/17/2007Status hearing set for 6/7/2007 at 09:00 AM.Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.