UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Maurice Perkins
                Plaintiff,

v.                                           Case No.: 1:07−cv−00841
                                            Honorable Wayne R. Andersen

Langdon Neal
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 25, 2007:

      MINUTE entry before Judge Maria Valdez : Pursuant to Judge Andersen's order dated 5/11/07 [35] having discovery and referral stayed, status hearing set before Magistrate Judge Maria Valdez on 5/31/07 at 9:30 a.m. is hereby stricken. Counsel of record shall notify the Court when stay is lifted. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.