Maurice Perkins
                    Plaintiff,

v.                                    Case No.: 1:07−cv−00841
                                      Honorable Wayne R. Andersen

Langdon Neal
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 19, 2007:

    MINUTE entry before Judge Wayne R. Andersen :Enter MEMORANDUM, OPINION AND ORDER: For the aforementioned reasons, defendant's motion to dismiss [17] is granted. This case is hereby terminated. This is a final and appealable order. Civil case terminated. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.