# United States District Court
## Northern District of Illinois
### Eastern Division

Maurice Perkins                    **JUDGMENT IN A CIVIL CASE**

     v.                               Case Number: 7 C 841

Langdon Neal

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendant's motion to dismiss [17] is granted. This case is hereby terminated. This is a final and appealable order.

Michael W. Dobbins, Clerk of Court

Date: 10/19/2007                    _____

                                       /s/ Tresa S. Abraham, Deputy Clerk