Maurice Perkins

                    Plaintiff,

v.                                    Case No.: 1:07−cv−00841

                                    Honorable Wayne R. Andersen

Langdon Neal

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 22, 2007:

     MINUTE entry before Judge Maria Valdez : Case having been closed by the District Judge, all matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Judge Maria Valdez no longer referred to the case.Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.